# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| WILLIAM A. GEISLER | Case No. 14-21960TPA |
| CATHERINE L. GEISLER | |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, | |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| PNC MORTGAGE DIV PNC BANK NA | |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

REQUESTED REVIEW FOR FILING OF SATISFACTION.

| | |
|---|---|
| PNC MORTGAGE DIV PNC BANK NA | Court claim# 11/Trustee CID# 3 |
| ATTN BANKRUPTCY DEPT | |
| 3232 NEWMARK DR | |
| MIAMISBURG, OH 45342 | |

The Movant further certifies that on 03/18/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| | /s/ Ronda J. Winnecour |
| | RONDA J WINNECOUR PA ID #30399 |
| | CHAPTER 13 TRUSTEE WD PA |
| | 600 GRANT STREET |
| cc: debtor(s) | SUITE 3250 US STEEL TWR |
| original creditor | PITTSBURGH, PA  15219 |
| putative creditor | (412) 471-5566 |
| counsel for debtor(s) | cmecf@chapter13trusteewdpa.com |
| counsel for the creditor(s) (if known) | |

DEBTOR(S):
WILLIAM A. GEISLER, CATHERINE L. GEISLER, 118 COPPERFIELD AVENUE, PITTSBURGH, PA  15210

ORIGINAL CREDITOR:
PNC MORTGAGE DIV PNC BANK NA, ATTN BANKRUPTCY DEPT, 3232 NEWMARK DR, MIAMISBURG, OH 45342

NEW CREDITOR:

DEBTOR'S COUNSEL:
PATRICIA O'CONNOR ESQ, WELCH GOLD & SIEGEL, 428 FORBES AVE 12TH FL, PITTSBURGH, PA  15219