**Fill in this information to identify the case:**

**Debtor 1** WILLIAM A GEISLER

**Debtor 2** CATHERINE L GEISLER
(Spouse if filing)

**United States Bankruptcy Court for the**: WESTERN DISTRICT OF PENNSYLVANIA
**Case number** 14-21960-TPA
**WWR #** 040422119

Official Form 4100R
**Response to Notice of Final Cure Payment**    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:** Citizens Bank                    **Court claim no. (if known)** 12-1

**Last 4 digits of any number you use to identify the debtor's account:** 5216

**Property address:** 118 Copperfield Avenue
Pittsburgh, PA 15210

### Part 2: Prepetition Default Payments

*Check one:*

☒ **Creditor agrees that debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.**

☐ **Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:**    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ **Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.**

The next postpetition payment from the debtor(s) is due on:    /    /

☒ **Creditor states that the debtor(s) are not current on all post petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.**

Creditor assets that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $858.08

b. Total fees, charges, expenses, escrow and costs outstanding:    + (b) $0.00

c. Total. Add lines a and b.

Creditor asserts that the debtor(s) are contractually obligated for the post petition payment(s) that first became due on:    7/1/2019, 8/1/2019    (c) $858.08

Debtor 1  WILLIAM A GEISLER                                        Case number (*if known*) 14-21960-TPA

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid

## Part 5: Sign Here

The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.

**Check the appropriate box::**

☐ I am the creditor

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct
To the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| | |
|---|---|
| 𝒳 /s/ **Brian Langford**<br>Signature | Date **8/5/2019** |
| **Print**      **Biran Langford** | |
| **Company**   **Weltman, Weinberg & Reis, Co., L.P. A** | Title **Attorney for Citizens Bank, NA** |
| **If different from the notice address listed on the proof of claim to which this response applies;** | |
| **Address**    **436 Sevent Ave, Suite 2500**<br>**Pittsburgh, PA 15219** | |
| **Contact phone**    **(877) 255-6111** | |
| | Email **pitecf@weltman.com** |

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the preceding Response to Notice of Final Cure Payment was served 8/5/2019, by U.S. Mail (or Electronically as provided by local rules) on the parties whose names and address are listed below:

| | |
|---|---|
| Patricia A. O'Connor, Attorney for Debtor<br>428 Forbes Ave, ste 1240<br>Pittsburgh, PA 15219-1617 | Ronda J. Winnecour, Trustee<br>600 Grant St, Suite 3250<br>Pittsburgh, PA 15219-2719 |
| WILLIAM A GEISLER, Debtor<br>118 Copperfield Ave<br>Pittsburgh, PA 15210 | Office of the U. S. Trustee<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 |
| CATHERINE L GEISLER, Debtor<br>118 Copperfield Ave<br>Pittsburgh, PA 15210 | |

/S/Brian Langford
Brian Langford, PA I.D. 324884
Attorney for Creditor
Weltman, Weinberg & Reis Co., LPA
436 Seventh Avenue, Suite 2500
Pittsburgh, PA 15219