Form 300a

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **William A. Geisler** : | Case No. 14–21960–TPA |
| **Catherine L. Geisler** : | Chapter: 13 |
| aka Catherine L. Leonard, aka Cathy L. Geisler : | |
| *Debtor(s)* : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | Related to Document No. 58 |
| v. : | Hearing Date: 10/23/19 at 12:00 PM |
| **No Respondents** : | |
| *Respondent(s).* : | |

**ORDER SCHEDULING DATE FOR RESPONSE**
**AND HEARING ON MOTION**

   *AND NOW,* this *The 5th of August, 2019*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 58 , by the Chapter 13 Trustee

   It is hereby **ORDERED, ADJUDGED and DECREED** that:

   (1)  *On or before September 19, 2019*, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

   (2)  This *Motion* is scheduled for hearing on *October 23, 2019 at 12:00 PM* in Courtroom "C", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

   (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

   (4)  If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

                                                                                             _____
                                                                                             Thomas P. Agresti, Judge
                                                                                             United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-21960-TPA
William A. Geisler                                                        Chapter 13
Catherine L. Geisler
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: lmar                    Page 1 of 2            Date Rcvd: Aug 05, 2019
                               Form ID: 300a                 Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2019.
```
db/jdb         +William A. Geisler,    Catherine L. Geisler,   118 Copperfield Avenue,
                 Pittsburgh, PA 15210-3863
cr             +PNC Bank, National Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
cr             +PNC Mortgage,   a division of PNC Bank, N.A.,    3232 Newmark Drive,    Miamiburg, OH 45342-5421
13852797      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    PO Box 982235,   El Paso, TX 79998)
13852798       +Bby/Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
13852800       +Blatt Hasenmiller Leibsker & Moore,    Attn: Morris Scott,    1835 Market Street,   Suite 501,
                 Philadelphia, PA 19103-2933
13852802       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13852804       +Citi,   Po Box 6497,    Sioux Falls, SD 57117-6497
13876323       +Citizens Bank,    443 Jefferson Blvd,    RJW 135,   Warwick RI 02886-1321
13852805       +Citizens Bank,    1 Citizens Drive,    Riverside, RI 02915-3000
13860102       +Department Stores National Bank/Macy's,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13860100       +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13852808       +Gdyr/Cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
13852813       +Mcydsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
13852816       +PNC Bank,    6 N Main Street,   Dayton, OH 45402-1908
13872399       +PNC Mortgage,    3232 Newmark Dr,   Miamisburg, OH 45342-5433
13852817       +Sears/Cbna,    Po Box 6283,   Sioux Falls, SD 57117-6283
13852818       +Td Bank Usa/Targetcred,    Po Box 673,   Minneapolis, MN 55440-0673
13852819       +Thd/Cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
13905670        Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA   50306-0438
13852821       +Wffnatlbnk,    Po Box 94498,   Las Vegas, NV 89193-4498

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13866663       +E-mail/Text: bncmail@w-legal.com Aug 06 2019 03:17:28     ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13884211        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 06 2019 03:13:29     American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK   73124-8838
13856437        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 06 2019 03:12:52
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK   73126-8941
13852801       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 06 2019 03:14:02     Cap One,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13852806       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 06 2019 03:16:48     Comenity Bank/Gndrmtmc,
                 Po Box 182789,   Columbus, OH 43218-2789
13856543        E-mail/Text: mrdiscen@discover.com Aug 06 2019 03:16:24     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH   43054-3025
13852807       +E-mail/Text: mrdiscen@discover.com Aug 06 2019 03:16:24     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13852809        E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2019 03:13:50     Gecrb/Jcp,    Po Box 984100,
                 El Paso, TX 79998
13852811       +E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2019 03:13:10     Gecrb/Lowes,    Po Box 965005,
                 Orlando, FL 32896-5005
13852812       +E-mail/Text: BKRMailOPS@weltman.com Aug 06 2019 03:16:38     Kay Jewelers,    375 Ghent Rd,
                 Fairlawn, OH 44333-4600
13896895        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 06 2019 03:24:57
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13857227        E-mail/Text: bnc-quantum@quantum3group.com Aug 06 2019 03:17:00
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA  98083-0788
13867674        E-mail/Text: bnc-quantum@quantum3group.com Aug 06 2019 03:17:00
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA  98083-0788
13858866       +E-mail/Text: bncmail@w-legal.com Aug 06 2019 03:17:28     TD BANK USA, N.A.,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13852820       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 06 2019 03:16:20
                 Verizon,    500 Technology Dr Ste 30,   Weldon Spring, MO 63304-2225
                                                                                             TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              PNC BANK NATIONAL ASSOCIATION
cr*             Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA  98083-0788
13852799*      +Bby/Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
13852803*      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13852810*       Gecrb/Jcp,    Po Box 984100,   El Paso, TX 79998
13852814*      +Mcydsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
13852815*      +Mcydsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
14231875*       Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
                                                                                 TOTALS: 2, * 7, ## 0
```

```
District/off: 0315-2              User: lmar                    Page 2 of 2                  Date Rcvd: Aug 05, 2019
                                  Form ID: 300a                 Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2019 at the address(es) listed below:

```
          Elizabeth Lamont Wassall    on behalf of Creditor    PNC Bank, National Association pabk@logs.com,
           ewassall@logs.com
          James   Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          James   Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Patricia A. O'Connor    on behalf of Joint Debtor Catherine L. Geisler poconnor@wgsf-law.com,
           nreyes@wgsf-law.com
          Patricia A. O'Connor    on behalf of Debtor William A. Geisler poconnor@wgsf-law.com,
           nreyes@wgsf-law.com
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```