**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WILLIAM A. GEISLER<br>CATHERINE L. GEISLER<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>        Movant<br>        vs.<br>No Respondents. | Case No.:14-21960 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 29, 2019

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/13/2014 and confirmed on 7/1/14. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 165,282.00 |
| Less Refunds to Debtor | 2,177.34 | |
| TOTAL AMOUNT OF PLAN FUND | | 163,104.66 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,500.00 | |
|   Trustee Fee | 6,755.87 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,255.87 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CITIZENS BANK NA(*) | 0.00 | 26,600.48 | 0.00 | 26,600.48 |
|     Acct: 5216 | | | | |
|   PNC MORTGAGE DIV PNC BANK NA | 26,279.80 | 26,279.80 | 0.00 | 26,279.80 |
|     Acct: 6701 | | | | |
|   PNC MORTGAGE DIV PNC BANK NA | 71.10 | 71.10 | 0.00 | 71.10 |
|     Acct: 6701 | | | | |
|   CITIZENS BANK NA(*) | 150.00 | 150.00 | 0.00 | 150.00 |
|     Acct: 5216 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA F | 922.07 | 922.07 | 211.22 | 1,133.29 |
|     Acct: 1180 | | | | |
|   WELLS FARGO FINANCIAL NATIONAL BA | 575.37 | 575.37 | 0.00 | 575.37 |
|     Acct: 1924 | | | | |
| | | | | 54,810.04 |
| **Priority** | | | | |
|   PATRICIA O'CONNOR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM A. GEISLER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM A. GEISLER | 1,300.00 | 1,300.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM A. GEISLER | 877.34 | 877.34 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WELCH GOLD & SIEGEL PC | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | ***NONE*** | | |
| **Unsecured** | | | | |
|   BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3620 | | | | |
|   BBY/CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8862 | | | | |
|   AMERICAN INFOSOURCE LP O/B/O MIDL | 3,670.76 | 3,423.07 | 0.00 | 3,423.07 |
|     Acct: 0631 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 8541 | | | | |
|   CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8744 | | | | |
|   CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9912 | | | | |
|   ALTAIR OH XIII LLC | 24,959.74 | 23,275.55 | 0.00 | 23,275.55 |
| Acct: 3770 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENI | 5,809.75 | 5,417.73 | 0.00 | 5,417.73 |
| Acct: 3166 | | | | |
|   DISCOVER BANK(*) | 19,614.41 | 18,290.91 | 0.00 | 18,290.91 |
| Acct: 9781 | | | | |
|   ALTAIR OH XIII LLC | 4,192.30 | 3,909.42 | 0.00 | 3,909.42 |
| Acct: 0426 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 2,124.43 | 1,981.08 | 0.00 | 1,981.08 |
| Acct: 4925 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 4,901.59 | 4,570.85 | 0.00 | 4,570.85 |
| Acct: 2324 | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 1,672.29 | 1,559.45 | 0.00 | 1,559.45 |
| Acct: 6577 | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 1,676.76 | 1,563.62 | 0.00 | 1,563.62 |
| Acct: 2168 | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 1,536.86 | 1,433.16 | 0.00 | 1,433.16 |
| Acct: 8236 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA F | 18,380.41 | 17,140.17 | 0.00 | 17,140.17 |
| Acct: 0813 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA F | 9,709.58 | 9,054.41 | 0.00 | 9,054.41 |
| Acct: 0989 | | | | |
|   ALTAIR OH XIII LLC | 6,439.76 | 6,005.23 | 0.00 | 6,005.23 |
| Acct: 5861 | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOF | 266.19 | 248.23 | 0.00 | 248.23 |
| Acct: 7602 | | | | |
|   AMERICAN INFOSOURCE LP O/B/O MIDL | 1,250.23 | 1,165.87 | 0.00 | 1,165.87 |
| Acct: 0112 | | | | |
|   BERNSTEIN-BURKLEY PC (FORMERLY F( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   ELIZABETH WASSALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 99,038.75 |
| **TOTAL PAID TO CREDITORS** | | | | **153,848.79** |

```
TOTAL
  CLAIMED           0.00
  PRIORITY      27,998.34
  SECURED      106,205.06
```

Date: 07/29/2019                              /s/ Ronda J. Winnecour

                                              RONDA J WINNECOUR PA ID #30399
                                              CHAPTER 13 TRUSTEE WD PA
                                              600 GRANT STREET
                                              SUITE 3250 US STEEL TWR
                                              PITTSBURGH, PA  15219
                                              (412) 471-5566
                                              cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    WILLIAM A. GEISLER
    CATHERINE L. GEISLER
        Debtor(s)

    Ronda J. Winnecour
        Movant
       vs.
    No Repondents.

Case No.:14-21960 TPA

Chapter 13

Document No.:

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                             BY THE COURT:

                                                             _____
                                                              U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-21960-TPA
William A. Geisler                                                        Chapter 13
Catherine L. Geisler
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: lmar            Page 1 of 2            Date Rcvd: Aug 05, 2019
                            Form ID: pdf900       Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2019.
```
db/jdb         +William A. Geisler,    Catherine L. Geisler,    118 Copperfield Avenue,
                 Pittsburgh, PA 15210-3863
cr             +PNC Bank, National Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
cr             +PNC Mortgage,   a division of PNC Bank, N.A.,     3232 Newmark Drive,    Miamiburg, OH 45342-5421
13852797      ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,     PO Box 982235,    El Paso, TX 79998)
13852798       +Bby/Cbna,   50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
13852800       +Blatt Hasenmiller Leibsker & Moore,    Attn: Morris Scott,    1835 Market Street,    Suite 501,
                 Philadelphia, PA 19103-2933
13852802       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13852804       +Citi,   Po Box 6497,    Sioux Falls, SD 57117-6497
13876323       +Citizens Bank,   443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
13852805       +Citizens Bank,   1 Citizens Drive,    Riverside, RI 02915-3000
13860102       +Department Stores National Bank/Macy’s,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13860100       +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13852808       +Gdyr/Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
13852813       +Mcydsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
13852816       +PNC Bank,   6 N Main Street,    Dayton, OH 45402-1908
13872399       +PNC Mortgage,   3232 Newmark Dr,    Miamisburg, OH 45342-5433
13852817       +Sears/Cbna,   Po Box 6283,    Sioux Falls, SD 57117-6283
13852818       +Td Bank Usa/Targetcred,   Po Box 673,    Minneapolis, MN 55440-0673
13852819       +Thd/Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
13905670        Wells Fargo Bank NA,    PO Box 10438,   Des Moines IA   50306-0438
13852821       +Wffnatlbnk,   Po Box 94498,    Las Vegas, NV 89193-4498
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13866663       +E-mail/Text: bncmail@w-legal.com Aug 06 2019 03:17:28     ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13884211        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 06 2019 03:12:52
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK   73124-8838
13856437        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 06 2019 03:12:52
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK   73126-8941
13852801       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 06 2019 03:14:03      Cap One,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13852806       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 06 2019 03:16:54      Comenity Bank/Gndrmtmc,
                 Po Box 182789,    Columbus, OH 43218-2789
13856543        E-mail/Text: mrdiscen@discover.com Aug 06 2019 03:16:24     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH   43054-3025
13852807       +E-mail/Text: mrdiscen@discover.com Aug 06 2019 03:16:24     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13852809       +E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2019 03:13:56      Gecrb/Jcp,   Po Box 984100,
                 El Paso, TX 79998
13852811       +E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2019 03:13:56      Gecrb/Lowes,   Po Box 965005,
                 Orlando, FL 32896-5005
13852812       +E-mail/Text: BKRMailOPS@weltman.com Aug 06 2019 03:16:39     Kay Jewelers,    375 Ghent Rd,
                 Fairlawn, OH 44333-4600
13896895        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 06 2019 03:14:07
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13857227        E-mail/Text: bnc-quantum@quantum3group.com Aug 06 2019 03:17:02
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA  98083-0788
13867674        E-mail/Text: bnc-quantum@quantum3group.com Aug 06 2019 03:17:02
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13858866       +E-mail/Text: bncmail@w-legal.com Aug 06 2019 03:17:28     TD BANK USA, N.A.,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13852820       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 06 2019 03:16:21
                 Verizon,   500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 15
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              PNC BANK NATIONAL ASSOCIATION
cr*             Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13852799*      +Bby/Cbna,   50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
13852803*      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13852810*       Gecrb/Jcp,   Po Box 984100,   El Paso, TX 79998
13852814*      +Mcydsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
13852815*      +Mcydsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
14231875*       Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,  Kirkland, WA 98083-0788
                                                                                 TOTALS: 2, * 7, ## 0
```

```
District/off: 0315-2           User: lmar                  Page 2 of 2                  Date Rcvd: Aug 05, 2019
                               Form ID: pdf900             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2019 at the address(es) listed below:

```
              Elizabeth Lamont Wassall    on behalf of Creditor   PNC Bank, National Association pabk@logs.com,
               ewassall@logs.com
              James Warmbrodt     on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Patricia A. O'Connor    on behalf of Joint Debtor Catherine L. Geisler poconnor@wgsf-law.com,
               nreyes@wgsf-law.com
              Patricia A. O'Connor    on behalf of Debtor William A. Geisler poconnor@wgsf-law.com,
               nreyes@wgsf-law.com
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```