FILED
9/23/19 1:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| WILLIAM A. GEISLER | : Case No. 14-21960 TPA |
| CATHERINE L. GEISLER | : Chapter 13 |
| *Debtor(s)* | : |
| | |
| CITIZENS BANK | : Related to Document No. 55 |
| *Movant* | : |
| v. | : |
| WILLIAM A. GEISLER, | : |
| CATHERINE L. GEISLER and | : |
| RONDA WINNECOUR, ESQ., | : Hearing: October 23, 2019 at 12:00 P.M. |
| *Respondent.* | : |

## ORDER

*AND NOW*, this **23rd** day of ***September, 2019,*** in light of the filing of a *Response/Objection* by Citizens Bank, at Document No. 60, to the *Notice of Final Cure Payment* filed at Document No. 55 ( Notice ) by the Trustee.

It is hereby **ORDERED, ADJUDGED and DECREED** that a *Status Conference* is scheduled for ***October 23, 2019*** at ***12:00 P.M.*** in Courtroom C, 54th Fl. U.S. Steel Tower, Pittsburgh, Pennsylvania. Counsel appearing on behalf of the Lender (or assignee of the Lender) filing the *Response/Objection* should have authority to resolve the matter at the time of the *Status Conference* and be sufficiently prepared and versed in the underlying subject matter to answer any and all questions posed by the Court at the time of the *Status Conference* including providing the Court with copies of all supporting documentation. ***Failure by any Party to comply with any terms of this Order*** will result in the imposition of sanctions on said Party by, *inter alia*, reprimand, fine, prohibition against said Party from offering testimony and/or dismissal. The *Motion to Withdraw Response to Notice of Final Cure Payment Without Prejudice*, Doc No. 63, will also be heard.

_____
Thomas P. Agresti, Judge    ljm
United States Bankruptcy Court

Case Administrator to serve:
    Debtors
    Debtors' Counsel
    Chapter 13 Trustee
    Brian Langford, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:
William A. Geisler
Catherine L. Geisler
    Debtors

Case No. 14-21960-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: Sep 23, 2019
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2019.
db/jdb     +William A. Geisler,    Catherine L. Geisler,    118 Copperfield Avenue,    Pittsburgh, PA 15210-3863

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2019          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2019 at the address(es) listed below:
       Brian Thomas Langford     on behalf of Creditor    CITIZENS BANK, N.A. PitEcf@weltman.com, PitEcf@weltman.com
       Elizabeth Lamont Wassall     on behalf of Creditor    PNC Bank, National Association pabk@logs.com, ewassall@logs.com
       James Warmbrodt     on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
       James Warmbrodt     on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
       Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
       Patricia A. O'Connor     on behalf of Joint Debtor Catherine L. Geisler poconnor@wgsf-law.com, nreyes@wgsf-law.com
       Patricia A. O'Connor     on behalf of Debtor William A. Geisler poconnor@wgsf-law.com, nreyes@wgsf-law.com
       Peter J. Ashcroft     on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
       Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                              TOTAL: 9