FILED
10/24/19 11:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 14-21960-TPA |
| | : | | |
| William A. Geisler | : | Chapter: | 13 |
| Catherine L. Geisler | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 10/23/2019 |
| | : | Time: | 12:00 |

## PROCEEDING MEMO

**_MATTER:_**   # 55 Notice of Final Cure Mortgage Payment re: Rule 3002.1 and Claim Number 12.
  #60 Resp filed by Citizens Bank
  #63 Motion to Withdraw Response

# 58 Trustee's Motion for Approval of Report of Receipts and Disbursements - Plan Completed.
(Cert of Discharge Eligibility due - Case Subject to Closure without a discharge)

**_APPEARANCES:_**
Debtor:        Patricia A. O'Connor (no appearance)
Citizens Bank:  James Valecko
Trustee:       Kate DiSimone

**_NOTES:_**

Valecko:    (12:56) Background of matters.

**_OUTCOME:_**    #55:  Withdrawal of Response is GRANTED. OE. Notice remains in effect.
#58:  GRANTED. OE

ljm