Form 317 (63b–D)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **William A. Geisler** : | Case No. 14–21960–TPA |
| **Catherine L. Geisler** : | Chapter: 13 |
| **aka Catherine L. Leonard, aka Cathy L.** : | |
| **Geisler** : | |
| *Debtor(s)* : | |
| : | |

## ORDER

    In a Chapter 13 case, *Fed.R.Bankr.P. 1007(c)* requires an individual Debtor to file a ***Statement of Completion*** evidencing completion of a personal financial management course, or alternatively, a ***Certification*** that the Debtor is not required to complete such course due to incapacity, dischargeability, or active military duty. The deadline for filing one of the above documents is no later than the date when the last payment was made by the Debtor as required by the plan or the filing of a motion for a discharge under *11 U.S.C. §1328(b)* of the Bankruptcy Code. Furthermore, *11 U.S.C. §1328(g)(1)* requires that no discharge shall be granted unless the Debtor completes an instructional course concerning personal financial management after filing the petition or is excused from the requirement to do so.

    In this case, the Debtor(s) failed to timely file a certification substantially conforming to *Official Form No. 423*, i.e., a ***Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management***, that reflects timely attendance at a course in personal financial management, or alternatively, a basis for excuse from such obligation, and/or a ***Certification of Discharge Eligibility***.

    **AND NOW**, this **The 24th of October, 2019** , it is hereby **ORDERED, ADJUDGED and DECREED** that this case is **DEEMED CLOSED, without entry of a discharge order**. Debtor(s) shall not receive a discharge of his or her debts in this bankruptcy case.

cm: Debtor
    All parties

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-21960-TPA
William A. Geisler                                                      Chapter 13
Catherine L. Geisler
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lmar            Page 1 of 2           Date Rcvd: Oct 24, 2019
                              Form ID: 317          Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2019.
db/jdb         +William A. Geisler,   Catherine L. Geisler,   118 Copperfield Avenue,
                 Pittsburgh, PA 15210-3863
cr             +PNC Bank, National Association,   3232 Newmark Drive,   Miamisburg, OH 45342-5421
cr             +PNC Mortgage,   a division of PNC Bank, N.A.,   3232 Newmark Drive,   Miamiburg, OH 45342-5421
13852797      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank Of America,   PO Box 982235,   El Paso, TX 79998)
13852798       +Bby/Cbna,   50 Northwest Point Road,   Elk Grove Village, IL 60007-1032
13852800       +Blatt Hasenmiller Leibsker & Moore,   Attn: Morris Scott,   1835 Market Street,   Suite 501,
                 Philadelphia, PA 19103-2933
13852802       +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
13852804       +Citi,   Po Box 6497,   Sioux Falls, SD 57117-6497
13876323       +Citizens Bank,   443 Jefferson Blvd,   RJW 135,   Warwick RI 02886-1321
13852805       +Citizens Bank,   1 Citizens Drive,   Riverside, RI 02915-3000
13860102       +Department Stores National Bank/Macy's,   Bankruptcy Processing,   Po Box 8053,
                 Mason, OH 45040-8053
13860100       +Department Stores National Bank/Macys,   Bankruptcy Processing,   Po Box 8053,
                 Mason, OH 45040-8053
13852808       +Gdyr/Cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
13852813       +Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
13852816       +PNC Bank,   6 N Main Street,   Dayton, OH 45402-1908
13872399       +PNC Mortgage,   3232 Newmark Dr,   Miamisburg, OH 45342-5433
13852817       +Sears/Cbna,   Po Box 6283,   Sioux Falls, SD 57117-6283
13852818       +Td Bank Usa/Targetcred,   Po Box 673,   Minneapolis, MN 55440-0673
13852819       +Thd/Cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
13905670        Wells Fargo Bank NA,   PO Box 10438,   Des Moines IA   50306-0438
13852821       +Wffnatlbnk,   Po Box 94498,   Las Vegas, NV 89193-4498

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13866663       +E-mail/Text: bncmail@w-legal.com Oct 25 2019 03:08:40     ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13884211        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 25 2019 03:28:08
                 American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
13856437        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 25 2019 03:28:08
                 American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
                 Oklahoma City, OK  73126-8941
13852801       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 25 2019 03:15:42     Cap One,
                 26525 N Riverwoods Blvd,   Mettawa, IL 60045-3440
13852806       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 25 2019 03:08:01     Comenity Bank/Gndrmtmc,
                 Po Box 182789,   Columbus, OH 43218-2789
13856543        E-mail/Text: mrdiscen@discover.com Oct 25 2019 03:07:43     Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
13852807       +E-mail/Text: mrdiscen@discover.com Oct 25 2019 03:07:43     Discover Fin Svcs Llc,
                 Po Box 15316,   Wilmington, DE 19850-5316
13852809        E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2019 03:15:37     Gecrb/Jcp,   Po Box 984100,
                 El Paso, TX 79998
13852811       +E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2019 03:15:37     Gecrb/Lowes,   Po Box 965005,
                 Orlando, FL 32896-5005
13852812       +E-mail/Text: BKRMailOPS@weltman.com Oct 25 2019 03:07:57     Kay Jewelers,   375 Ghent Rd,
                 Fairlawn, OH 44333-4600
13896895        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 25 2019 03:16:37
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13857227        E-mail/Text: bnc-quantum@quantum3group.com Oct 25 2019 03:08:06
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
13867674        E-mail/Text: bnc-quantum@quantum3group.com Oct 25 2019 03:08:07
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
13858866       +E-mail/Text: bncmail@w-legal.com Oct 25 2019 03:08:40     TD BANK USA, N.A.,
                 C O WEINSTEIN,PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13852820       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 25 2019 03:07:36
                 Verizon,   500 Technology Dr Ste 30,   Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CITIZENS BANK, N.A.
cr              Duquesne Light Company
cr              PNC BANK NATIONAL ASSOCIATION
cr*             Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
13852799*      +Bby/Cbna,   50 Northwest Point Road,   Elk Grove Village, IL 60007-1032
13852803*      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
13852810*       Gecrb/Jcp,   Po Box 984100,   El Paso, TX 79998
13852814*      +Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
13852815*      +Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
14231875*       Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788

```
District/off: 0315-2           User: lmar                Page 2 of 2              Date Rcvd: Oct 24, 2019
                               Form ID: 317              Total Noticed: 36
```

          ***** BYPASSED RECIPIENTS (continued) *****
                                                                                         TOTALS: 3, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2019 at the address(es) listed below:
              Brian Thomas Langford    on behalf of Creditor   CITIZENS BANK, N.A. PitEcf@weltman.com,
               PitEcf@weltman.com
              Elizabeth Lamont Wassall    on behalf of Creditor    PNC Bank, National Association pabk@logs.com,
               ewassall@logs.com
              James  Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Patricia A. O'Connor    on behalf of Joint Debtor Catherine L. Geisler poconnor@wgsf-law.com,
               nreyes@wgsf-law.com
              Patricia A. O'Connor    on behalf of Debtor William A. Geisler poconnor@wgsf-law.com,
               nreyes@wgsf-law.com
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                 TOTAL: 9